FILE COPY

RE: Case No. 25-0439                          DATE: 5/23/2025
    COA #: 15-24-00084-CV                        TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **July 2, 2025.**

                MR. CORY  SCANLON
                OFFICE OF THE ATTORNEY GENERAL OF
                TEXAS
                PO BOX 12548
                AUSTIN, TX  78711-2548
                * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439        DATE: 5/23/2025
    COA #: 15-24-00084-CV        TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025**.

          MS. SYDNEY  SADLER
          LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
          816 CONGRESS AVENUE
          SUITE 1900
          AUSTIN, TX  78701
          * DELIVERED VIA E-MAIL *

RE: Case No. 25-0439  DATE: 5/23/2025
COA #: 15-24-00084-CV  TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025.**

SAMUEL AGUIRRE
SAN MARCOS CITY ATTORNEY'S OFFICE
630 EAST HOPKINS STREET
SAN MARCOS, TX 78666-6300
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                     DATE: 5/23/2025
     COA #: 15-24-00084-CV                  TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025**.

                    MR. JOSE E. DE LA FUENTE
                    LLOYD GOSSELINK ROCHELLE & TOWNSEND,
                    P.C.
                    816 CONGRESS AVENUE
                    SUITE 1900
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-0439                         DATE: 5/23/2025
   COA #: 15-24-00084-CV                      TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

 Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025.**

                    JACOB  PRZADA
                    OFFICE OF THE ATTORNEY GENERAL
                    P.O. BOX 12548
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439          DATE: 5/23/2025
COA #: 15-24-00084-CV        TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **July 2, 2025.**


DISTRICT CLERK  HAYS COUNTY
HAYS COUNTY COURT
HAYS GOVERNMENT CENTER, SUITE 2211
712 SOUTH STAGECOACH TRAIL
SAN MARCOS, TX  78666
\* DELIVERED VIA E-MAIL \*

RE: Case No. 25-0439                    DATE: 5/23/2025
    COA #: 15-24-00084-CV                 TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas granted the motion for
extension of time to file petition for review under TEX. R.
APP. P. 53.7(f) in the above-referenced case.  The petition
for review is due to be filed no later than **July 2, 2025.**


                    CHRISTOPHER  PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX  78711
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                              DATE: 5/23/2025
COA #: 15-24-00084-CV                             TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025.**

MR. JAMES F. PARKER III
LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
816 CONGRESS AVENUE
SUITE 1900
AUSTIN, TX  78701
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0439               DATE: 5/23/2025
   COA #: 15-24-00084-CV             TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **July 2, 2025.**


              MR. JOHNATHAN D. STONE
              OFFICE OF THE ATTORNEY GENERAL
              P.O. BOX 12548
              AUSTIN, TX  78711-2548
              * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 5/23/2025
    COA #: 15-24-00084-CV                   TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tᴇx. R. Aᴘᴘ. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025**.


                    MS. GABRIELLE  SMITH
                    LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.
                    816 CONGRESS AVENUE
                    SUITE 1900
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                      DATE: 5/23/2025
    COA #: 15-24-00084-CV                     TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025.**


                    MS. BARBARA  LEE QUIRK
                    SAN MARCOS CITY ATTORNEY'S OFFICE
                    630 EAST HOPKINS
                    SAN MARCOS, TX  78666
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0439                    DATE: 5/23/2025
    COA #: 15-24-00084-CV                    TC#: 24-0267
STYLE: CITY OF SAN MARCOS v. STATE OF TEX.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **July 2, 2025.**


KYLE  TEBO
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *